IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PLANTATION GENERAL
HOSPITAL LIMITED
PARTNERSHIP d/b/a
PLANTATION GENERAL
HOSPITAL; ANDREW AGBI,
D.O.; AGBI HEALTHCARE, INC.;
and EHRA MEDICAL SERVICES
OF FLORIDA,

       Petitioners,

v.

BERNARD BELZI,
INDIVIDUALLY and as
PERSONAL REPRESENTATIVE
OF THE ESTATE OF PATRICIA
BELZI, DECEASED, and as
LEGAL GUARDIAN and
PARENT OF A.B., MINOR,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2869

Opinion filed July 12, 2016.

Petition to Review Non-Final Agency Action -- Original Jurisdiction.

Kevin Patrick O'Connor, of Foley and Mansfield, P.L.L.P., Miami, and Dinah Stein, Mark Hicks and William Baldwin, of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Petitioners.

Bonnie Navin, of Kelley Uustal, PLC, Ft. Lauderdale, Carol Glasgow, of Billing, Cochrane, Lyles, Mauro & Ramsey, P.A., Ft. Lauderdale (no appearances), and Paul R. Regensdorf, High Springs, for Respondent.

PER CURIAM.

DISMISSED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.